No. 80–2013.   HENDERSON *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 80–2014.   SAMARA *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 80–2018.   THILL *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 80–2019.   WYLER *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–2023.   HURST *v.* HUGHES TOOL CO.   C. A. 5th Cir.   Certiorari denied.

No. 80–2025.   BENTIVEGNA *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 80–2026.   BROWN *v.* OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 80–2028.   REID *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–2029.   BRUNWASSER *v.* STRASSBURGER, JUDGE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–2031.   O'HARE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 80–2032.   AMERICAN LAW ASSN. *v.* MERKEL, UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF WASHINGTON, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–2034.   ECKERD DRUGS OF GEORGIA, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.